| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Red River Waste Solutions, LP

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  30-0778719

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4004 East Hwy 290 West** <br> **Dripping Springs, TX 78620** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Hays** <br> County | **Location of principal assets, if different from principal place of business** <br> **See Rider 1** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.rrws.com

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
■ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Red River Waste Solutions, LP** Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **5621**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Red River Waste Solutions, LP**     Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Red River Waste Solutions, LP**     Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☒ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Red River Waste Solutions, LP | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 14, 2021**
MM / DD / YYYY

X **/s/ James Calandra**
Signature of authorized representative of debtor

**James Calandra**
Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Marcus A. Helt**
Signature of attorney for debtor

Date **October 14, 2021**
MM / DD / YYYY

**Marcus A. Helt**
Printed name

**McDermott Will & Emery LLP**
Firm name

**2501 North Harwood Street**
**Suite 1900**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone **214-210-2821**   Email address **mhelt@mwe.com**

**24052187 TX**
Bar number and State

## Rider 1 to Red River Waste Solutions, LP Petition

## Location of Principal Assets, if Different from Principal Place of Business

| Location | Address |
|---|---|
| Corporate | 4004 E US Hwy 290<br>Dripping Springs, TX 78620 |
| Del Rio | 1020 Virginia Ave<br>Del Rio, TX 78840 |
| Fort Wayne | 5252 Old Maumee Road<br>Fort Wayne, IN 46803 |
| Ft. Knox | Landfill at 9374 Baker Road<br>Fort Knox, KY 40121 |
| Hardin County | 11 East Quarry Ridge Court<br>Elizabethtown, KY 42701 |
| Huntsville | 253 Royal Dr.<br>Madison, AL 35758 |
| Nashville | 3108 Brandau Rd.<br>Hermitage, TN 37076 |
| Union City | 1601 N. Hwy 51 South<br>Union City, TN 38261 |

*RED RIVER WASTE SOLUTIONS, LP*

**WRITTEN CONSENT TO ACTION
IN LIEU OF SPECIAL MEETING OF
RED RIVER WASTE SOLUTIONS GP, LLC**

October 7, 2021

The undersigned, being all members of the board of managers of Red River Waste Solutions GP, LLC, a Texas limited liability company, the general partner (the "Board") of Red River Waste Solutions, LP, a Texas limited partnership (the "Partnership"), do hereby consent to, adopt, and approve, in accordance with the organizational documents of the Board and applicable state laws, the following action taken without a meeting, this written consent to have the same effect as if the action was approved at a duly called meeting of the Board.

**WHEREAS**, the Board has considered the Partnership's assets, liabilities, and liquidity, the strategic alternatives available to the Partnership, and the impact of the foregoing on the Partnership's business, and determined that it is desirable and in the best interests of the Partnership, its creditors, and other interested parties that a petition be filed by the Partnership (the "Chapter 11 Case") in a United States Bankruptcy Court, including the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"), under the provisions of chapter 11 ("Chapter 11") of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States.

**NOW, THEREFORE,** the undersigned hereby (i) waive any required notice of a meeting, (ii) waive any necessity of holding a meeting, and (iii) approve of, consent to, and authorize in all respects the following action:

**IT IS RESOLVED**, that any officer, manager, director, member or any other duly appointed person acting at the direction of the foregoing appointed representative of the Partnership, (collectively, the "Authorized Signatories" and each an "Authorized Signatory"), acting alone or with one or more Authorized Signatories be, and each hereby is, authorized, empowered, and directed to execute and file on behalf of the Partnership all petitions, schedules, lists, and other motions, objections, replies, applications, papers, or documents as necessary or advisable to commence the Chapter 11 Case and obtain chapter 11 relief, and to take any and all action that they deem necessary and proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Partnership's business; and be it

**RESOLVED FURTHER**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ the law firm of McDermott Will & Emery, 2501 North Harwood Street, Suite 1900, Dallas, Texas 75201 ("McDermott") as general bankruptcy counsel to represent and assist the Partnership in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and applicable law (including, but not limited to, filing any pleadings and responses); and in connection therewith, each of the Authorized Signatories be, and hereby is

authorized, empowered, and directed to execute appropriate retention agreements and to cause to be filed appropriate applications for authority to reach such service; and be it

**RESOLVED FURTHER**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ CRS Capstone Partners LLC, 500 N. Akard Street, Suite 2350, Dallas, Texas 75201 ("Capstone") as restructuring advisor and James Calandra ("Calandra") as Chief Restructuring Officer ("CRO") to represent and assist the Partnership in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and applicable law, and to take any and all actions to advance the Partnership's rights and obligations; and in connection therewith, each of the Authorized Signatories be, and hereby is authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to reach such service; and be it

**RESOLVED FURTHER**, that each of the Authorized Signatories be, and they hereby are, authorized and directed to employ Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") as (i) claims and noticing agent, and (ii) administrative agent to represent and assist the Partnership in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and applicable law; and in connection therewith, each of the Authorized Signatories be, and hereby is authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to reach such service; and be it

**RESOLVED FURTHER**, that each the Authorized Signatories be, and they hereby are, authorized and directed to employ and retain such further legal counsels, accountants, financial advisors, restructuring advisors, or other professionals the Authorized Signatories deem necessary or appropriate, or advisable; each to represent and assist the Partnership in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and applicable law; and in connection therewith, each of the Authorized Signatories be, and hereby is authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to reach such service; and be it

**RESOLVED FURTHER**, that the Partnership, as a debtor and debtor-in-possession under chapter 11 of the Bankruptcy Code, shall be and hereby is authorized to: (i) borrow and receive funds from and undertake any and all related transactions contemplated thereby (collectively, the "Financing Transactions") and negotiate, execute, and deliver agreements, including without limitation, the debtor-in-possession financing agreement, with any party, including existing lenders and sureties, and on such terms as may be approved by any one of the Authorized Signatories, as reasonably necessary for continuing conduct of affairs of the Partnership, and (ii) pay related fees and grant security interests in and lien on some, all, or substantially all of the Partnership's assets, as may be deemed necessary; and be it

**RESOLVED FURTHER**, that each of the Authorized Signatories, or any one of them, be, and each hereby is, authorized and empowered, with full power of delegation, for and in the name of, and on behalf of, the Partnership, as a debtor and debtor-in-possession, to take such actions and execute and deliver such agreements, notes, guaranties, reaffirmations, certificates,

instruments, notices, and any and all other documents as may be deemed necessary or appropriate to facilitate or consummate the Financing Transactions; and be it

**RESOLVED FURTHER**, that each of the Authorized Signatories, or any one of them, be, and each hereby is, authorized and empowered, with full power of delegation, for and in the name of, and on behalf of, the Partnership to amend, supplement, or otherwise modify from time to time, the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and be it

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Signatories, each of the Authorized Signatories (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Partnership, to take or cause to be taken any and all such other and further action to: execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents; and pay all expenses, including but not limited to filing fees, as in such Authorized Signatory's judgment, shall be necessary, advisable, or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it

**RESOLVED FURTHER**, that each of the Authorized Signatories (and their designees and delegates) be, and they hereby are, authorized and empowered to take all actions or to not take any action in the name of the Partnership with respect to the act, actions, and transactions contemplated by these resolutions hereunder, as such Authorized Signatory shall deem necessary or desirable in such Authorized Signatory's reasonable business judgment as may be necessary or convenient to effectuate the purposes of the act, actions, and transactions contemplated herein; and be it

**RESOLVED FURTHER**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents, or hereby waive any right to have received such notice; and be it

**RESOLVED FURTHER**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Partnership, which would have been approved by the foregoing resolutions except that such acts, actions, and transactions were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts, actions, and transactions of the Partnership with the same force and effect as if such acts, actions, and transactions, has been specifically authorized in advance by resolution of the Board;

The undersigned agree that this Consent to Action in Lieu of Meeting shall be added to the corporate records of the Board and the Partnership, and made a part thereof. This Consent to Action in Lieu of Meeting may be executed in two or more counterparts, each one of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and electronic, digitally reproduced, and facsimile signatures will be effective as originals.

**IN WITNESS WHEREOF**, the undersigned have caused this Consent to Action In Lieu of Meeting of the Board to be executed intending it to be inserted in the records of the Partnership and to become effective as of October 7, 2021.

General Partner
RED RIVER WASTE SOLUTIONS GP, LLC

By: _____
James A. Smith, Manager

By: _____
Weldon James Smith, Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Red River Waste Solutions, LP** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 14, 2021**        X **/s/ James Calandra**
                                         Signature of individual signing on behalf of debtor

                                         **James Calandra**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Red River Waste Solutions, LP

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Toter LLC**<br>841 Meacham Road Statesville<br>Statesville, NC 28677 | Attn: CEO or General Counsel<br>P: 704-501-8203<br>F: 704-878-0734<br>toter@toter.com | Trade Claim | | | | $704,119.82 |
| 2 | **Premier Truck Sales and Rentals, Inc**<br>7700 Wall Street<br>Cleveland, OH 44125 | Attn: Joey Lojek<br>P: 800-825-1255<br>F: 216-901-8006<br>joeyl@premiertrucksales.com | Trade Claim | | | | $195,612.88 |
| 3 | **Arthur J Gallagher RMS**<br>615 East Britton Rd<br>Oklahoma City, OK 73314 | Attn: Ray Iardella<br>P: 270-442-3556 | Trade Claim | | | | $149,596.23 |
| 4 | **Purcell Tire and Service Center**<br>3460 Wayne Sullivan Dr.<br>Paduccah, KY 42002-3127 | Attn: Austin Hays<br>P: 270-442-3556<br>store36@purcelltire.com | Trade Claim | | | | $119,582.13 |
| 5 | **Pearl Hollow Landfill**<br>1620 Audubon Trace<br>Elizabethtown, KY 42701 | Attn: Stephanie Givens<br>P: 270-506-1062<br>F: 270-982-8590<br>sgivens@hcky.org | Trade Claim | | | | $117,232.79 |
| 6 | **Pico Propane Operating, LLC**<br>1826 N Loop 1604 W #325<br>San Antonio, TX 78248 | Attn: CEO or General Counsel<br>P: 830-775-7581 | Trade Claim | | | | $113,636.81 |
| 7 | **Chapman and Cutler LLP**<br>111 W Monroe St<br>Chicago, IL 60694 | Attn: CEO or General Counsel<br>P: 312-845-3000<br>F: 312-701-2361 | Professional Services | | | | $90,709.4 |
| 8 | **Del Rio Towing and Wrecker**<br>4204 East Hwy 90<br>Del Rio, TX 78840 | Attn: CEO or General Counsel<br>P: 830-774-4324 | Trade Claim | | | | $89,412.19 |

Debtor  **Red River Waste Solutions, LP**  Case number (*if known*) _____
          <u>Name</u>

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Shrader Tire & Oil, Inc**<br>2045 Sylvania Ave.<br>Toledo, OH 43613 | Attn: Joe Shrader<br>P: 412-472-2128<br>customer.service@shrader.biz | Trade Claim | | | | $79,873.51 |
| 10 | **Gregory Container, Inc**<br>2512 Henry Ladyn Dr<br>Ft. Madison, IA 52627 | Attn: CEO or General Counsel<br>P: 667-727-1350; 319463-7700<br>F: 319-463-7643<br>containersales@gregorydm.com | Trade Claim | | | | $74,800.00 |
| 11 | **BDO USA LLP**<br>600 North Pearl Street<br>Suite 1700<br>Dallas, TX 75201 | Attn: Kristi Gibson<br>P: 214-969-7007<br>F: 214-953-0722<br>kgibson@bdo.com | Professional Services | | | | $73,640.40 |
| 12 | **Express Service**<br>PO Box 535434<br>Atlanta, GA 30353-5434 | Attn: CEO or General Counsel<br>P: 260-470-9300 | Trade Claim | | | | $67,058.94 |
| 13 | **Northwest Tennessee Landfill S126**<br>PO Box 677973<br>Dallas, TX 75267-7973 | Attn: CEO or General Counsel<br>P: 731-885-1941 | Trade Claim | | | | $60,254.75 |
| 14 | **Central Indiana Truck Equipment Corp.**<br>2128 South Harding Street<br>Indianapolis, IN 46221 | Attn: CEO or General Counsel<br>P: 317-639-4207 | Trade Claim | | | | $60,211.87 |
| 15 | **McHanon Truck Centers**<br>PO Box 2208<br>Decatur, AL 35609-2208 | Attn: CEO or General Counsel<br>fschmidt@mcmahonlease.com | Trade Claim | | | | $55,893.83 |
| 16 | **Nelson Mullins Riley & Scarborough LLP**<br>1320 Main Street, 17th Floor<br>Columbia, SC 29201 | Attn: Sally H. Caver<br>P: 803-799-2000<br>F: 803-256-7500<br>sally.caver@nelsonmullins.com | Professional Services | | | | $51,104.29 |
| 17 | **Best One Tire Center Etown**<br>211 Valley Creek Road<br>Elizabethtown, KY 42701 | Attn: CEO or General Counsel<br>P: 270-737-5089<br>F: 270-769-0517<br>tfetch@bestone.tires | Trade Claim | | | | $47,286.21 |
| 18 | **Hall Stategies, Inc**<br>618 Church Street<br>Nasvhille, TN 37219 | Attn: Joe Hall<br>P: 615-242-8856<br>info@hallstrategies.com | Trade Claim | | | | $46,100.00 |
| 19 | **Otto Environmental Systems NA, Inc**<br>12700 General Dr<br>Charlotte, NC 28273 | Attn: CEO or General Counsel<br>P: 800-227-5885<br>info@otto-usa.com | Trade Claim | | | | $40,058.32 |
| 20 | **Clarke Power Services, Inc**<br>3133 E. Kemper Rd.<br>Cincinnati, OH 45241 | Attn: CEO or General Counsel<br>P: 513-771-2200 | Trade Claim | | | | $39,933.46 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **Diesel Maintenance Services**<br>3723 US 90 Del Rio<br>Del Rio, TX 78840 | Attn: CEO or General Counsel<br>P: 830-309-7253 | Trade Claim | | | | $37,165.00 |
| 22 | **Ogletree Deakins Nash Smoak & Stewart**<br>First Base Building<br>2142 Boyce Street, Suite 401<br>Columbia, SC 29201 | Attn: Katherine Dudley Helms<br>katherine.helms@ogletree.com | Professional Services | | | | $35,742.42 |
| 23 | **McKenzie Transfer Station S139**<br>PO Box 677839<br>Dallas, TX 75267-7839 | Attn: CEO or General Counsel<br>P: 270-251-6011 | Trade Claim | | | | $34,847.57 |
| 24 | **Dorsey & Whitney LLP**<br>50 South Sixth Street Suite 1500<br>Minneapolis, MN 55402-1498 | Attn: CEO or General Counsel<br>P: 612-340-2600<br>F: 612-340-2868 | Professional Services | | | | $31,375.45 |
| 25 | **Deductible Recovery Group**<br>PO Box 6068-16<br>Hermitage, PA 16148-1068 | Attn: CEO or General Counsel | Trade Claim | | | | $30,538.54 |
| 26 | **Blusky Restoration Contractors, LLC**<br>9110 E Nichols Ave., Suite 180<br>Centennial, CO 80112 | Attn: Kent Stemper<br>P: 303-789-4258<br>F: 303-789-4759 | Trade Claim | | | | $30,089.21 |
| 27 | **Big Rigs Inc.**<br>5522 Thompson Rd<br>Fort Wayne, IN 46816 | Attn: Tom R. Hardinger<br>P: 260-797-4290<br>bigrigsinc@gmail.com | Trade Claim | | | | $29,726.00 |
| 28 | **River City Hydraulics, Inc.**<br>122 Magnet Dr<br>Sherwood, AR 72120 | Attn: Harry Long<br>P: 501-835-5230<br>info@rivercityhyd.com | Trade Claim | | | | $29,423.39 |
| 29 | **C2R, Inc.**<br>12007 Lake Mead Ln<br>Humble, TX 77346-1535 | Attn: Charles Reich<br>P: 713-724-0255<br>info@c2rco.com | Trade Claim | | | | $28,033.00 |
| 30 | **Cadena Diesel Solution**<br>134 West Dr.<br>Del Rio, TX 78840 | Attn: CEO or General Counsel<br>P: 830-719-6158 | Trade Claim | | | | $27,468.25 |

Marcus A. Helt (Texas Bar #24052187)
Jane A. Gerber (Texas Bar #24092416)
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:     (214) 210-2821 / Fax: (972) 528-5765
Email:   mhelt@mwe.com
Email:   jagerber@mwe.com

*PROPOSED COUNSEL FOR THE DEBTOR
AND DEBTOR-IN-POSSESSION*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| In re:<br><br>RED RIVER WASTE SOLUTIONS, LP,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-[●] (●) |

**LIST OF EQUITY SECURITY HOLDERS
AND CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following corporate entities directly own 10% or more of Red River Waste Solutions, LP's equity interests.

| Equity Holder | Percentage of Total Equity |
|---|---|
| Red River Service Corporation | 51.15% |
| Weldon James Smith 2012 Trust | 11.08% |
| Jaime Shiloh Jones 2012 Trust | 11.08% |
| Kyle Ann Clayborne 2012 Trust | 11.08% |

---

[1] The last four digits of the Debtor's taxpayer identification number are 8719. The Debtor's principal office is located at 4004 East Hwy, 290 West, Dripping Springs, Texas 78620.