Marcus A. Helt (Texas Bar #24052187)
Jane A. Gerber (Texas Bar #24092416)
MCDERMOTT WILL & EMERY LLP
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:      (214) 210-2821 / Fax: (972) 528-5765
Email:  mhelt@mwe.com
Email:  jagerber@mwe.com

*COUNSEL FOR THE DEBTOR*
*AND DEBTOR-IN-POSSESSION*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RED RIVER WASTE SOLUTIONS, LP,[1] | ) | Case No. 21- 42423 (ELM) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF BAR DATES FOR FILING PROOF OF CLAIM

**PLEASE TAKE NOTICE** that on October 14, 2021, (the "Petition Date"), Red River

Waste Solutions, LP, as debtor and debtor in possession in the above-captioned chapter 11 case

(the "Debtor"), filed the voluntary petition for relief under chapter 11 of the United States

Bankruptcy Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the

Northern District of Texas (the "Court").

Attached hereto as **Exhibit A** is the Notice of Chapter 11 Bankruptcy Case establishing

certain deadlines for filing proofs of claim ("Proofs of Claim") against the Debtor, including a

General Bar Date and a Governmental Bar Date (each a "Bar Date" and collectively, the

"Bar Dates"). The Bar Dates and the procedures set forth below for the filing of Proofs of Claim

---

[1]   The last four digits of the Debtor's taxpayer identification number are 8719. The Debtor's principal office is located at 4004 East Hwy, 290 West, Dripping Springs, Texas 78620.

**PAGE 1**

DM_US 186024846-3.114930.0011

against the Debtor applies to all claims against the Debtor that arose (or are deemed to have arisen) on or prior to the Petition Date, including any claims arising under Bankruptcy Code section 503(b)(9), except for the types of claims listed in Section 2 below.

## 1. WHO MUST FILE A PROOF OF CLAIM

You **must** file a Proof of Claim (a "Proof of Claim Form") to share in distributions from the Debtor's bankruptcy estate if you hold a claim[2] against the Debtor (including any claims arising under Bankruptcy Code section 503(b)(9) that arose (or is deemed to have arisen) on or before the Petition Date, and it is not one of the kinds of claims set forth in Section 2). You **must** file a Proof of Claim Form by the applicable Bar Date even if your claim is not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before the Petition Date. A Proof of Claim Form is attached hereto as **Exhibit B**. The instructions for completing the Proof of Claim Form are attached hereto as **Exhibit C**.

Specifically, and without limiting the generality of Bankruptcy Rule 3003(c)(2), you **must** file a Proof of Claim Form on or before the applicable Bar Date if:

(a)     your claim is listed in the Debtor's Schedules[3] filed with the Court, or in any supplements or amendments to the Schedules, as "contingent," "unliquidated," or "disputed;"

(b)     your claim is listed in the Debtor's Schedules filed with the Court, or in any supplements or amendments to the Schedules, and you disagree with the amount, nature, classification, or characterization of the claim as set forth in the Schedules; or

(c)     you assert an administrative priority claim under Bankruptcy Code section 503(b)(9).[4]

## 2. EXCLUDED CLAIMS

You do **not** need to file a Proof of Claim Form if:

---

[2]     Under Bankruptcy Code section 101(5) and as used herein, the term "claim" means (i) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

[3]     The Debtor filed its Schedules [Docket No. 194] and Statement of Financial Affairs [Docket No. 195] on November 24, 2021. These documents, and any subsequent amendments, are available on Debtor's case website, https://cases.stretto.com/RedRiverWasteSolutions.

[4]     Bankruptcy Code section 503(b)(9) provides that "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business" is entitled to administrative priority.

DM_US 186024846-3.114930.0011

(a)     you already properly filed a Proof of Claim Form with either Stretto or the Bankruptcy Court Clerk;

(b)     your claim is listed in the Debtor's Schedules filed with the Court, or in any supplements or amendments to the Schedules, and the claim is **not** identified as "contingent," "unliquidated," or "disputed" and you agree with the amount, nature, classification, and characterization of the claim as set forth in the Schedules;

(c)     you hold an administrative claim arising under Bankruptcy Code section 503(b)(1) through (8) and 507(a)(2); *provided, however*, that any person or entity asserting a claim under Bankruptcy Code section 503(b)(9) must file a Proof of Claim on or before the General Bar Date;

(d)     you are a current manager, officer, or employee of the Debtor asserting a claim for indemnification, contribution, or reimbursement;

(e)     you hold a claim that has been allowed or paid pursuant to an order of the Bankruptcy Court; or

(f)     you hold a claim specifically exempted from the General Bar Date pursuant to a separate order of the Court in full force and effect, including the *Second Interim Order (I) Authorizing the Debtor to Use Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 105, 361, 362, 363, and 507 of the Bankruptcy Code; and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(b)* [Docket No. 115].

**YOU SHOULD NOT FILE A PROOF OF CLAIM FORM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTOR.  THE FACT THAT YOU RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM AGAINST THE DEBTOR.**

**Additional copies of Proof of Claim Forms can be obtained (i) at the Debtor's case website, https://cases.stretto.com/RedRiverWasteSolutions, (ii) at the United States Courts website, https://www.uscourts.gov/forms/bankruptcy-forms, or (iii) by emailing your request to TeamRedRiverWaste@stretto.com,**

**3.     NO REQUIREMENT TO FILE PROOF OF OWNERSHIP OR MEMBERSHIP INTERESTS, STOCK, WARRANTS, OPTIONS, OR OTHER INTERESTS IN THE DEBTOR**

You do **not** need to file a Proof of Claim Form solely to evidence your ownership of membership interests, common or preferred stock, warrants, options, or rights to purchase, sell, or subscribe to such a security or interest, of the Debtor (an "Interest"); *provided*, *however*, that Interest holders wishing to assert claims against the Debtor, including for damages arising from the purchase, sale, issuance, or distribution of such an Interest, must file a Proof of Claim Form on or before the General Bar Date (as defined in Section 4).

DM_US 186024846-3.114930.0011

4. THE BAR DATES

**General Bar Date**. Except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, or trust) holding or asserting a claim against the Debtor that arose (or is deemed to have arisen) on or prior to the Petition Date (including any claims arising under Bankruptcy Code section 503(b)(9)) must file a Proof of Claim Form, so that it is **actually received** by Stretto or the Bankruptcy Court Clerk **on or before March 1, 2022** (the "General Bar Date").

**Governmental Bar Date**. Each governmental unit holding or asserting a claim against the Debtor that arose (or is deemed to have arisen) on or prior to the Petition Date must file a Proof of Claim Form so that it is **actually received** by Stretto or the Bankruptcy Court Clerk **on or before May 30, 2022**.

**Amended Schedules Bar Date**. If, on or after the date the Debtor serves this Notice, the Debtor amends its Schedules to change the amount, nature, classification, or characterization of a claim, or to schedule a new claim, the affected claimant may dispute the amount, nature, classification, or characterization of the scheduled claim by filing a Proof of Claim Form with respect to the scheduled claim, so that the Proof of Claim Form is **actually received** by Stretto or the Bankruptcy Court Clerk **on or before the later of (i) the General Bar Date or (ii) twenty-one (21) days from the date notice is served alerting the affected creditor of the applicable amendment to the Schedules.**

**Rejection Bar Date**. Each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, and trust) holding or asserting a claim for any rejection damages arising from the rejection of any unexpired lease or executory contract of a Debtor (an "Agreement") during the chapter 11 case must file a Proof of Claim Form so that it is **actually received** by Stretto or the Bankruptcy Court Clerk **on or before the later of (i) 30 days after the effective date of rejection of such Agreement as provided by an order of the Court or pursuant to a notice under procedures approved by the Court, (ii) any date set by another order of the Court, or (iii) the General Bar Date or the Governmental Bar Date, whichever is applicable.**

5. WHAT FORMS AND DOCUMENTS TO FILE

Any Proof of Claim Form previously and properly filed with either Stretto or the Bankruptcy Court Clerk prior to the filing of this Notice shall be deemed to be, and shall be treated as, a timely-filed claim subject to the rights of the Debtor or any party-in-interest to object to the allowance thereof. No additional Proof of Claim Form is required to be asserted with respect to such a claim.

**If you have not filed your proof of claim yet**, a Proof of Claim Form should be submitted on the Proof of Claim Form enclosed with this notice. Additional copies of the Proof of Claim Form and general information related to this case can be obtained (i) at the Debtor's case website, https://cases.stretto.com/RedRiverWasteSolutions, (ii) at the United States Courts website, https://www.uscourts.gov/forms/bankruptcy-forms, or (iii) by emailing your request to TeamRedRiverWaste@stretto.com,

DM_US 186024846-3.114930.0011

**503(b)(9) Claim**.  If you assert a claim pursuant to Bankruptcy Code section 503(b)(9) you must complete the appropriate box in the Proof of Claim Form and (i) identify the amount of such claim believed to be entitled to administrative expense priority treatment under Bankruptcy Code section 503(b)(9), and (ii) attach documentation supporting such claim.  If you fail to identify the existence and amount of your 503(b)(9) Claim on the Proof of Claim Form, the claim will not be regarded as a 503(b)(9) Claim, and the claim will not be entitled to priority treatment under Bankruptcy Code section 503(b)(9).

All Proof of Claim Forms must be filed with **original signatures**, be written in English, and be denominated in lawful currency of the United States.  You should attach to your completed Proof of Claim Form copies of any documents on which the claim is based or an explanation as to why such documents are not available.

6.      **WHERE TO SEND PROOF OF CLAIM FORM**

Claimants mailing Proof of Claim Forms to Stretto must be sent to the following address:

> by regular mail, overnight mail, courier service, or hand delivery:

> Red River Waste Solutions
> Claims Processing Center
> c/o Stretto
> 410 Exchange, Suite 100
> Irvine, CA 92602

Alternatively, claimants may submit a Proof of Claim electronically (an Electronic Proof of Claim) by completing the Proof of Claim Form that can be accessed at Stretto's website, https://cases.stretto.com/RedRiverWasteSolutions.

Proof of Claim Forms will be deemed timely and properly filed only if such forms are **actually received** by Stretto or the Bankruptcy Court Clerk on or before the applicable Bar Date.

**Proof of Claim Forms shall NOT be submitted by facsimile, telecopy, e-mail, or other electronic means (except for the Electronic Proof of Claim), and Proof of Claim Forms submitted by such means shall not be deemed timely filed.**

Time-stamped copies of Proof of Claim Forms mailed to Stretto will not be returned unless you provide Stretto with a copy of your Proof of Claim Form and a self-addressed, postage pre-paid, envelope.

7.      **CONSEQUENCES OF FAILURE TO TIMELY FILE PROOF OF CLAIM FORMS**

**ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM FORM IN THE FORM AND MANNER SPECIFIED IN THIS NOTICE AND THAT FAILS TO DO SO ON OR BEFORE THE APPLICABLE BAR DATE: (I) SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTOR, ITS ESTATE, OR THE PROPERTY OF THE ESTATE, OR THEREAFTER FILING A PROOF OF CLAIM FORM WITH RESPECT THERETO IN**

**THE CHAPTER 11 CASE; (II) SHALL NOT, WITH RESPECT TO SUCH CLAIM, BE TREATED AS A CREDITOR OF THE DEBTOR FOR THE PURPOSE OF VOTING UPON ANY PLAN IN THESE PROCEEDINGS; AND (III) SHALL NOT RECEIVE OR BE ENTITLED TO RECEIVE ANY PAYMENT OR DISTRIBUTION OF PROPERTY FROM THE DEBTOR OR ITS SUCCESSORS OR ASSIGNS WITH RESPECT TO SUCH CLAIM.**

**A HOLDER OF A POSSIBLE CLAIM AGAINST THE DEBTOR SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE AND ANY RELATED MATTERS, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM FORM.**

**If you have any questions relating to this Notice, contact Stretto at (855) 287-3382 (toll free in the U.S.), (949) 468-5090 (International callers), or TeamRedRiverWaste@stretto.com.**

**NEITHER THE ATTORNEYS FOR THE DEBTOR NOR STRETTO ARE AUTHORIZED TO PROVIDE YOU WITH LEGAL ADVICE.**

Dated: January 27, 2022

*/s/ Marcus A. Helt*
Marcus A. Helt, Esq. (Texas Bar #24052187)
Jane A. Gerber, Esq. (Texas Bar #24092416)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel:   (214) 210-2821
Fax:   (972) 528-5765
Email: mhelt@mwe.com
Email: jagerber@mwe.com

*COUNSEL FOR THE DEBTOR*
*AND DEBTOR-IN-POSSESSION*

**<u>Certificate of Service</u>**

I certify that on January 27, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Marcus A Helt*
Marcus A. Helt

DM_US 186024846-3.114930.0011