## Exhibit C

**Schedule of Professional Fees**

DM_US 190562749-17.114930.0011

## COMPENSATION BY PROFESSIONAL
## MARCH 1, 2022, THROUGH SEPTEMBER 30, 2022

The attorneys who rendered professional services in this Chapter 11 Case during the Second Compensation Period are:

| Name of Professional Partners and Counsel | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate[1,2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Lindsay F. Ditlow | 2006 | Partner; Employment | $1,105 | 11.3 | $12,486.50 |
| Marcus A. Helt | 2000 | Partner; Corporate Advisory | $900 | 766 | $689,400.00 |
| Debbie Green | 2005 | Partner; Trial | $885 | 313.4 | $277,359.00 |
| Eric Gilbert | 2006 | Partner; Corporate Advisory | $1,295 | 0.6 | $777.00 |
| Ryan Smethurst | 1999 | Partner; Trial | $1,140 | 1.8 | $2,052.00 |
| Diego Gomez-Cornejo | 2010 | Partner; Corporate Advisory | $1,125 | 0.7 | $787.50 |
| Todd McClelland | 1998 | Partner; Privacy & Cybersecurity | $1,260 | 0.4 | $504.00 |
| Justin Murphy | 2002 | Partner; Antitrust/; Competition | $1,105 | 1.6 | $1,768.00 |
| **Total Partners and Counsel:** | | | | **1,095.8** | **$985,134.00** |

---

[1] Except as set forth herein, the Hourly Billing Rates represent the 2022 discounted hourly rate for each McDermott attorney and paraprofessional who rendered legal services.

[2] The Hourly Billing Rates for Marcus A. Helt and Debbie Green are set at a significant discount as approved by the Retention Order.

| Name of Professional Associates | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate[1,2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jane A. Gerber | 2014 | Associate; Corporate Advisory | $810 | 925.9 | $749,979.00 |
| Jack G. Haake | 2011 | Associate; Corporate Advisory | $600 | 881.4 | $528,840.00 |
| Shelby Perry | 2018 | Associate; Corporate Advisory | $870 | 1.0 | $870.00 |
| Jennifer Schein | 2017 | Associate; Corporate Advisory | $700 | 14.1 | $9,870.00 |
| Brandon White | 2012 | Associate; Corporate Advisory | $905 | 2.7 | $2,443.50 |
| Cristell Fortune | 2019 | Associate, Employment | $870 | 1.2 | $1,044.00 |
| **Total Associates:** | | | | 1,826.3 | $1,293,046.50 |

---

[1] Except as set forth herein, the Hourly Billing Rates represent the 2022 discounted hourly rate of each McDermott attorney and paraprofessional who rendered legal services.

[2] The Hourly Billing Rates for Jane A. Gerber and Jack G. Haake are set at a significant discount as approved by the Retention Order.

The paraprofessionals who rendered professional services in this Chapter 11 case during the Second Compensation Period are:

| Name of Professional: Paraprofessionals | Date of Bar Admission | Position with the Applicant and Practice Area | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Daniel Northrop | N/A | Paralegal; Corporate Advisory | $575 | 14.1 | $8,107.50 |
| Cathy M. Greer | NA | Paralegal; Corporate Advisory | $435 | 578.6 | $251,691.00 |
| Scott H. Bride | N/A | Senior Researcher | $285 | 10.8 | $3,078.00 |
| Jacque Bishop Jones | N/A | Paralegal; Trial | $265 | 20.2 | $5,353.00 |
| Albert Sieber | N/A | Senior Researcher | $285 | 5.2 | $1,482.00 |
| Jennifer Berman | N/A | Research Manager | $285 | 10.4 | $2,964.00 |
| John Hoffman | N/A | Research Manager | $285 | 3.2 | $912.00 |
| Mike McMillan | N/A | Senior Researcher | $285 | 0.4 | $114.00 |
| **Total Paraprofessionals:** | | | | **642.9** | **$273,701.50** |

---

[1] Except as set forth herein, the Hourly Billing Rates represent the 2022 discounted hourly rate of each McDermott attorney and paraprofessional who rendered legal services.