# Exhibit E

## Expenses

DM_US 190562749-17.114930.0011

**EXPENSE SUMMARY**
**MARCH 1, 2022 THROUGH SEPTEMBER 30, 2022**

| Category | Service Provider (if applicable) | Amount |
|---|---|---|
| Computer Assisted Research | Westlaw/Lexis/PACER | $32,617.78 |
| Messenger/Courier | | $1,064.59 |
| Express Mail | | $170.19 |
| Depositions | | $374.10 |
| Transcripts | Dipti Patel | $641.75 |
| Transcripts | Kathy Rehling | $5,319.10 |
| Exact Legal Copy Services | Reprographics | $784.40 |
| Parcels | Reprographics | $985.03 |
| Reliable | Reprographics | $111.10 |
| Williams Lea Inc. | Reprographics | $35.81 |
| Filing/Registration Fees | | $58.00 |
| Miscellaneous[1] | | $18.19 |
| **TOTAL** | | **$42,180.04** |

---

[1] The Miscellaneous category includes additional PACER charges.